UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80565-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,
v.

GAETANO TIPA,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Judgment (DE 7) ("Motion"), filed July 24, 2013. As of today, Defendant Gaetano Tipa has failed to respond to the Complaint (DE 1) or otherwise appear in this action.

Southern District of Florida Local Rule 7.1(c) states:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed *sufficient cause for granting the motion by default.*

S.D. Fla. L.R. 7.1(c) (emphasis added).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Gaetano Tipa shall, by **5:00p.m.** on **August 12, 2013**, show cause why the instant Motion should not be granted by default, including in the Response to this Order a Memorandum of Law addressing the merits of the instant Motion.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this 25 day of July, 2013.

                            DONALD M. MIDDLEBROOKS
                            UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
                  Gaetano Tipa
                  5644 High Flyer Road East
                  Palm Beach Gardens, FL 33418